| | | | |
|---|---|---|---|
| Ming Wei v. Com., Pennsylvania Dept. of Health | 12/21/2015 606 MAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 1190 |
| Tarapchak v. Bureau of Professional and Occupational Affairs | 12/21/2015 605 MAL (2015) | Denied | |
| Yardley Spring, Inc. v. Wrightstown Tp. Zoning Hearing Bd. [55] | 12/29/2015 538 MAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 1190 |

# SUPREME COURT OF PENNSYLVANIA

130 A.3d 1285–1293

| | | | |
|---|---|---|---|
| A.E., In re; K.E., In re | 12/08/2015 700 MAL (2015) | Denied | Pa.Super., 125 A.3d 468 |
| Bank of New York Mellon v. Roman [1] | 12/29/2015 746 MAL (2015) | Denied | |
| Byoung Suk An v. Victoria Fire & Cas. Co. | 12/08/2015 377 MAL (2015) | Denied | Pa.Super., 113 A.3d 1283 |

**55.** Justice EAKIN did not participate in the decision of this matter.

**1.** Justice EAKIN did not participate in the decision of this matter; Reargument Denied February 3, 2016.